UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JEAN R. AUGUSTE, JR.,                          :       24 Civ. 921 (PAE) (GS)
:
Plaintiff,                    :       <u>ORDER</u>
:
- against -                                    :
:
THE CITY OF NEW YORK, et al.,                  :
:
Defendants.                   :
:
------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letters dated December 20, 2024 and December 28, 2024, which were filed on the docket on January 23, 2025. (Dkt. Nos. 69 & 70). In addition to opposing Defendants' motions to dismiss, Plaintiff indicates in these letters that he is expected to be released from incarceration this coming Thursday, January 30, 2025 and then plans to travel to Washington, D.C. and reside there. (Dkt. No. 69 at 2; Dkt. No. 70 at 2). If Plaintiff intends to continue to pursue his claims in this action, he is directed to provide the Court with an updated mailing address **<u>as soon as possible</u>**. Plaintiff is advised that, if he will have regular access to e-mail and the internet, he may consent to electronic service of filings in this case as an alternative to receiving filings in paper copy via mail. Plaintiff is directed to review the notice attached to this Order for further information. If Plaintiff elects this option, he is directed to complete and submit the electronic service consent form, which is also attached to this Order, as soon as possible.

      It also appears that Plaintiff has been mailing his submissions to the Court's general address, rather than the Pro Se Intake Unit. So that his submissions may be more quickly processed, Plaintiff is directed to use the following mailing address in the future:

                      **Pro Se Intake Unit**
                      500 Pearl Street, Room 205
                      New York, NY 10007

Plaintiff is further advised that, to the extent feasible, he may alternatively submit his filings by (i) delivering them to the Pro Se Intake Office in-person during regular business hours; (ii) leaving them in the depository box located in the lobby of the courthouse outside of regular business hours; or (iii) by e-mailing them, in PDF format, to ProSe@nysd.uscourts.gov.

**SO ORDERED.**

DATED:   New York, New York
         January 27, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

**IMPORTANT NOTICE**

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

**PRO SE INTAKE WINDOW LOCATIONS:**
40 FOLEY SQUARE | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

**MAILING ADDRESS:**
500 PEARL STREET | NEW YORK, NY 10007
PRO SE INTAKE UNIT: 212-805-0136

rev. 3/5/21

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |

| | |
|---|---|
| Date | Signature |

**Click Here to Save**