UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X
:
JEAN R. AUGUSTE, JR.,                               :        24 Civ. 921 (PAE) (GS)
:
             Plaintiff,                          :        <u>ORDER</u>
:
    - against -                                    :
:
THE CITY OF NEW YORK, et al.,                       :
:
             Defendants.                         :
:
---------------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       To the extent Defendants Ilissa Brownstein and Devon M. Radlin wish to submit a reply to Plaintiff's opposition to their respective motions to dismiss (Dkt. Nos. 69 & 70), they shall do so by no later than **Friday, January 31, 2025**.

       **SO ORDERED.**

DATED:   New York, New York
                January 28, 2025

                                                        _____
                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge