UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

JEAN R. AUGUSTE, JR.,

            Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

           Defendants.

------------------------------------------------------------------------------X

24 Civ. 921 (PAE) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

      The undersigned finds Defendant Project Renewal Inc.'s renewed application to amend its answer (Dkt. No. 58) cures the deficiencies identified in the Court's prior Order (Dkt. No. 57) and remains unopposed. Accordingly, the Clerk of Court is respectfully directed to separately docket Project Renewal's Amended Answer (Dkt. No. 58-1 at ECF 2–9).

      **SO ORDERED.**

Dated:    New York, New York
           April 2, 2025

_____
GARY STEIN
United States Magistrate Judge